UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------x
AMY L. WEISBERGER,

                              Plaintiff,                      Civil Action No.: 3:20-01807 (SRU)

     v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, AMY L. WEISBERGER, and counsel for the defendant, COMMISSIONER OF SOCIAL SECURITY[1] ("the Commissioner"), that pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision dated January 22, 2020, is reversed, and the plaintiff's claims for disability insurance benefits and supplemental security income (SSI) filed on October 9, 2018, are remanded for further administrative proceedings.   Upon remand, the Commissioner will offer the plaintiff the opportunity for a new hearing; take further action to complete the administrative record; and issue a new decision.

[This space intentionally left blank]

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

*Amy L. Weisberger v. Commissioner of Social Security, 3:20-cv-01807-SRU Stipulation and Order of Remand*

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: August 31, 2021

                OLIA M. YELNER, ESQ.
                *Attorney for Plaintiff*
                Pirro & Church
                153 East Ave., Suite 26
                Norwalk, CT 06851

          By:  */s/ Olia M. Yelner*
              OLIA M. YELNER
              (203) 853-4999
              OYelner@pirrochurch.com

Dated: August 31, 2021

                JACQUELYN M. KASULIS
                *Attorney for Defendant*
                Acting United States Attorney
                Eastern District of New York
                271 Cadman Plaza East, 7th Floor
                Brooklyn, New York 11201

          By:  */s/ Shruti K. Tejwani*
              SHRUTI K. TEJWANI
              Special Assistant United States Attorney
              (816) 936-4904
              shruti.tejwani@ssa.gov

SO ORDERED:

/s/ Stefan R. Underhill
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE